**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  KIKO USA, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  61 - 1720805

4. **Debtor's address**

   Principal place of business

   470 Park Avenue South, 15th Fl.
   New York, NY 10016

   New York County
   County

   Mailing address, if different from principal place of business

   Location of principal assets, if different from principal place of business

5. **Debtor's website (URL)**  https://www.kikocosmetics.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor      KIKO USA, Inc.                                    Case number (if known)
            Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/ .

   4  4  6  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY
           District _____ When _____ Case number _____
                                MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                        MM / DD / YYYY
            Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

| Debtor | KIKO USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor    KIKO USA, Inc.                                              Case number (if known)
          Name

16. Estimated liabilities
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/08/2018
             MM / DD / YYYY

X _____          Frank Furlan
Signature of authorized representative of debtor    Printed name

Title  Chief Executive Officer

18. **Signature of attorney**

X _____          Date  01-11-2018
Signature of attorney for debtor                  MM / DD / YYYY

Mark Minuti
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

302.421.6840                               mark.minuti@saul.com
Contact phone                              Email address

2659                                       DE
Bar number                                 State

And

John S. Kaplan
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

206.359.8408                               jkaplan@perkinscoie.com
Contact phone                              Email address

23788                                      WA
Bar number                                 State

## KIKO USA, Inc.

## UNANIMOUS WRITTEN CONSENT IN LIEU OF
## A SPECIAL MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all the Directors of KIKO USA, Inc., a Delaware corporation (the "**Company**"), by this instrument in lieu of a meeting of the Directors of the Company, hereby consent to the adoption of the following resolutions, pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company:

**WHEREAS**, the Directors have discussed and consulted with the Company's management (the "**Management**") and financial and legal advisors (collectively, the "**Advisors**") regarding the liabilities and liquidity of the Company, strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Board has determined that the appointment of Mark Samson, Managing Director of Getzler Henrich & Associates LLC, as Chief Restructuring Officer ("**CRO**") of the Company, is desirable and necessary for efficiency in its restructuring efforts and to help preserve and maximize value for the benefit of the Company, its shareholders, creditors and other parties in interest;

**WHEREAS**, the Directors having discussed the foregoing with the Management and the Advisors and having determined, in the judgment of Directors, that it is in the best interests of the Company, its shareholders, its creditors, and other parties in interest for the Company to file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**APPROVAL OF CHAPTER 11 FILING AND PLAN**

**NOW, THEREFORE, IT IS:**

**RESOLVED**, the Company hereby is authorized and empowered to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, and therefore commence a proceeding under the Bankruptcy Code (the "**Bankruptcy Case**").

**RESOLVED**, any of the officers or agents of the Company, including the CRO (the "**Authorized Officers**") are, and each of them individually is, authorized and empowered to execute on behalf of the Company, after consultation with any Advisor, any petitions, schedules, lists, applications, documents, declarations, statements, motions, pleadings, consents and other papers, including any proposed plan of reorganization and disclosure statement in connection with the Bankruptcy Case, and to take any and all action that they deem (or Bankruptcy Counsel advises) necessary or proper to obtain relief under the Bankruptcy Code, including, without limitation, maintain the Company's assets and any



- 1 -

138057649.1

other transaction deemed necessary or proper to protect and advance the interests of the Company.

**RESOLVED**, the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials or instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur such fees and expenses as such Authorized Officers deem to be necessary, appropriate or advisable to carry out the purposes of these Resolutions and the transactions contemplated thereunder and to successfully consummate any plan, complete the Bankruptcy Case, the taking of any action to constitute conclusive evidence and the exercise of discretionary authority.

## RETENTION OF PROFESSIONALS

**RESOLVED**, each Authorized Officer hereby is authorized and directed to engage the law firm of Perkins Coie LLP as bankruptcy and restructuring counsel to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Perkins Coie LLP.

**RESOLVED**, each Authorized Officer hereby is authorized and directed to engage the law firm of Saul Ewing LLP as local bankruptcy and restructuring counsel to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Saul Ewing LLP.

**RESOLVED**, Mark Samson shall be appointed as the CRO of the Company, and Getzler Henrich & Associates LLC may make additional personnel available to support the efforts of the CRO, subject to the terms of the engagement letter and approval of the Bankruptcy Court, and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Mark Samson as CRO.

**RESOLVED**, BMC Group shall be appointed as the claims noticing agent for the Company, , subject to the terms of the engagement letter and approval of the Bankruptcy Court, and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements,

- 2 -

138057649.1

pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of BMC Group as claims noticing agent.

**RESOLVED**, each Authorized Officer hereby is authorized and directed to engage any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as they deem necessary.

## GENERAL AUTHORIZATION AND RATIFICATION

**RESOLVED**, that the authority provided by these resolutions is retroactive and any and all actions heretofore or hereafter taken by the Authorized Officers of the Company in connection with these resolutions are hereby in all respects confirmed, approved and ratified; the Authorized Officers of the Company, together or individually, may take any and all action and do any and all things as may be deemed by any of them to be necessary or advisable or appropriate to carry out the purposes and intent of the foregoing resolutions; and the taking of any and all such action and the performance of any and all such things by any of them in connection with the foregoing shall conclusively establish such officer's authority therefor from the Company and the approval and ratification therefor by the Company.

[signature page follows]

- 3 -

138057649.1

The actions taken by this consent shall have the same force and effect as if taken by the undersigned at the annual meeting of the Board of Directors of the Company duly called and constituted pursuant to the Bylaws of the Company and the laws of the State of Delaware. Each of the undersigned hereby waives any notice required by law with respect to this consent or the actions taken hereby. This consent may be executed in counterparts.

Dated and effective as of January 8, 2018.

_____
Stefano Percassi, Director

_____
Frank Furlan, Director

_____
Davide Cravero, Director

The actions taken by this consent shall have the same force and effect as if taken by the undersigned at the annual meeting of the Board of Directors of the Company duly called and constituted pursuant to the Bylaws of the Company and the laws of the State of Delaware. Each of the undersigned hereby waives any notice required by law with respect to this consent or the actions taken hereby. This consent may be executed in counterparts.

Dated and effective as of January 8, 2018.

_____
Stefano Percassi, Director

_____
Frank Furlan, Director

_____
Davide Cravero, Director

[*Signature Page-Unanimous Written Consent -Kiko USA, Inc.*]

138057649.1

| Fill in this information to identify the case: |
|---|
| Debtor name  KIKO USA, Inc. |
| United States Bankruptcy Court for the: District of Delaware  ^^^^^^^ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Michilli Inc. 160 Varick Street, Suite 1101 New York, NY 10013 | Evelyn Florio 646.613.9300 eflorio@michilliinc.com | Fixed Assets | | | | 285,000.00 |
| 2 | Contract S.r.l. Via G. Toniolo 20A Pero di Breda di Piave Treviso 31030 Italy | Valentina Pozzebon +39 0422 600172 valentina.pozzebon@contractsrl.com | Fixed Assets | | | | 231,702.72 |
| 3 | Onsite Media Solutions PO Box 682675 Park City, UT 84068 | Keith Krayanek 435.214.0305 keith@onsitemedia.com | Fixed Assets | | | | 120,129.69 |
| 4 | Westfield World Trade Center Attn Legal Dept. 2049 Century Park East 41st Floor Los Angeles, CA 90067 | Debra Yindra 310.689.2636 dyindra@westfield.com | Lease | Disputed | | | 68,534.40 |
| 5 | Valerio Architects Inc. 5858 Wilshire Blvd, Suite 200 Los Angeles, CA 90036 | Merlyn Estrada 323.954.8996 x 130 mestrada@valerioinc.com | Fixed Assets | | | | 52,625.96 |
| 6 | WIT Logistics LLC 70 East Sunrise Hwy, Suite 611 Valley Stream, NY 11581 | Giorgio Laccona, COO 516.568.2080 glaccona@walkerscm.com | Other | | | | 52,124.75 |
| 7 | Fashion Show Mall LLC c/o Fashion Show 110 N. Wacker Dr. Chicago, IL 60606 | Felicia D. Ojo 312.960.2656 felicia.ojo@ggp.com | Lease | | | | 29,462.33 |
| 8 | IGuzzini Lighting USA, Ltd. 60 Madison Ave, 2nd floor New York, NY 10010 | 800.263.1339 AR@sistemalux.com | Fixed Assets | | | | 26,086.85 |

Debtor: KIKO USA, Inc.    Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Global Facility Management<br>525 Broadhollow Road<br>Melville, NY 11747 | Valerie Maccone<br>631.617.6500 x363<br>Valerie.Maccone@gfm247.com | Other | | | | 24,642.54 |
| 10 | Openmind<br>Via Guiseppe Ferrari 39<br>Monza 20900<br>Italy | +39 02 320626320<br>amministrazione@openmindonline.it | Fixed Assets | | | | 18,400.00 |
| 11 | Cluster Reply S.r.l.<br>Via Cardinal Massaia, 75<br>Tornio 10147<br>Italy | +39 011 29100<br>creditmanagement@reply.it | Fixed Assets | | | | 16,650.00 |
| 12 | W.B. Mason<br>59 Centre St<br>Brockton, MA 02301 | Lisa Fiore<br>888.926.2766 | Other | | | | 15,540.45 |
| 13 | GGP Staten Island<br>c/o Staten Island Mall - Phase I<br>Attn Law/Lease Admin.<br>110 N. Wacker Dr.<br>Chicago, IL 60606 | Joseph M. Vitale<br>312.960.2563<br>joseph.vitale@ggp.com | Lease | | | | 15,365.65 |
| 14 | Plaza internacional Puerto Rico<br>P O Box 674797<br>Detroit, MI 48267-4797 | Janice Sanders<br>248.258.7562<br>jsanders@taubman.com | Lease | | | | 15,322.89 |
| 15 | Retail Next, Inc.<br>60 S. Market St, 10th floor<br>San Jose, CA 95113 | Tracy Parraz<br>408.816.1848<br>invoices@retailnext.net | Fixed Assets | | | | 14,525.74 |
| 16 | Sandy Alexander, Inc.<br>200 Entin Road<br>Clifton, NJ 07014 | Annette Singh<br>973.470.8100 | Other | | | | 12,096.39 |
| 17 | GGP- Providence Centers, LLP<br>c/o Providence Place<br>Attn Law/Lease Admin.<br>110 N. Wacker Dr.<br>Chicago, IL 60606 | Sarah J McCain<br>312.960.2951<br>sarah.mccain@ggp.com | Lease | | | | 11,179.49 |
| 18 | Permasteelisa North America<br>123 Day Hill Road<br>Windsor, CT 06095 | Leanne St. Georges<br>860.602.1010<br>l.stgeorges@permasteelisagroup.com | Fixed Assets | | | | 10,056.20 |
| 19 | Mirage Granito Ceramico S.p.A<br>Via Giardini Nord, 225<br>Montecuccolo 41026<br>Italy | +39 0536 29611 | Fixed Assets | | | | 9,194.58 |
| 20 | Ruchelman P.L.L.C.<br>150 E. 58th Street, 22nd Fl.<br>New York, NY 10155 | Stanley Ruchelman<br>212.755.3333<br>ruchelman@ruchelaw.com | Professional | | | | 9,000.00 |

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

District of Delaware

Debtor  KIKO USA, Inc.
       Name

Case number (*if known*) _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Shares | Percent of Ownership | Kind of Interest |
|---|---|---|---|---|
| Kiko S.p.A.<br>Via Paleocapa<br>Bergamo 24010<br>Italy | Equity Holder | | 100% | Ownership |

# UNITED STATES BANKRUPTCY COURT

District of Delaware

Debtor  KIKO USA, Inc.  
       Name

Case number (*if known*) _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are the corporations, other than a governmental entity, that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

| Name and last known address or place of business of holder | Number of Shares or Securities |
|---|---|
| Kiko S.p.A.<br>Via Paleocapa<br>Bergamo 24010<br>Italy | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name KIKO USA, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement; List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/11/2018
MM / DD / YYYY

X _Frank Furlan_ (signature)
Signature of individual signing on behalf of debtor

Frank Furlan
Printed name

Chief Executive Officer
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors